# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00463-CV

**Loretta Jane Abel, Appellant**

**v.**

**The Law Offices of Bob Richardson, and Bob Richardson, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-09-002833, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for appellant Loretta Jane Abel and counsel for appellees The Law Offices of Bob Richardson, and Bob Richardson have filed an agreed "Motion to Dismiss" seeking to vacate the district court's order and remand this case to the district court for rendition of judgment in accordance with the parties' settlement agreement.

We grant the motion, vacate the district court's judgment without reference to the merits, and remand to the district court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Vacated and Remanded on Joint Motion

Filed:   August 29, 2012